# EXHIBIT 1

# EXHIBIT 1

*CONFIDENTIAL DOCUMENT PREVIOUSLY SUBMITTED UNDER SEAL*

*CONFIDENTIAL DOCUMENT PREVIOUSLY SUBMITTED UNDER SEAL*